IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| § | | |
| v. § | No. 1:21-cr-146-HSO-BWR-1 | |
| § | | |
| GEORGE MOJICA, II § | | |

AND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA § | | |
| § | | |
| v. § | No. 1:22-cv-304-HSO | |
| § | | |
| GEORGE MOJICA, II § | | |

## FINAL JUDGMENT

For the reasons given in the Order denying Defendant George Mojica, II's Motion [46] to Vacate under 28 U.S.C. § 2255, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that, this case is dismissed with prejudice.

**SO ORDERED AND ADJUDGED,** this the 2nd day of March, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE